UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

JAMISI CALLOWAY,

        Petitioner,

   v.

R. DAVIS,

        Respondent.

Case No.  17-cv-3710-NJV (PR)

**ORDER OF TRANSFER**

This is a petition for writ of habeas corpus filed pro se by a state prisoner.  He seeks review of a prison disciplinary finding that resulted in the loss of time credits.  The disciplinary finding occurred in this district.  However, plaintiff is currently housed at California Health Care Facility-Stockton, which is in the Eastern District of California.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence.  Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  Because petitioner's challenge goes to the execution of his sentence, this petition is transferred to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: July 28, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge